IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

vs                 4:08CR00305-01-WRW

DAMOND MAURICE HAMILTON

## AMENDED AND SUBSTITUTED JUDGMENT AND COMMITMENT

The above entitled cause came on for a hearing on the petitions to revoke the supervised release granted this defendant. Upon the basis of the evidence presented, the Court found that the defendant did violate certain conditions of his supervised release without just cause.

IT IS THEREFORE ORDERED AND ADJUDGED that the supervised release granted this defendant be, and it is hereby, REVOKED.

The defendant is sentenced to a period of 18 months at a designated Bureau of Prisons correctional facility which is to run consecutively to his previously imposed state court sentence. The defendant is to participate in nonresidential substance abuse treatment during incarceration There is no supervised release to follow incarceration.

The defendant is remanded into the custody of the U.S. Marshal.

IT IS SO ORDERED this 22nd day of September, 2009.


                                               /s/Wm. R. Wilson, Jr.
                                     UNITED STATES DISTRICT JUDGE

supvrl.2.Hamilton.wpd